IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UPAID SYSTEMS, LTD., § <br> a British Virgin Islands corporation § <br> § <br> Plaintiff, § <br> v. § <br> § <br> SATYAM COMPUTER SERVICES, LTD., § <br> an Indian corporation, and § <br> RAGHURAM GOVINDACHARYULA, § <br> § <br> Defendants. § | 1:08-MC-392 ESH <br><br> Pending in the Eastern District of Texas, Case No. 2-07CV-114-CE <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE
ANY OPPOSITION TO PLAINTIFF UPAID'S AND THIRD-PARTY
STAAS AND HALSEY'S MOTION TO QUASH OR MODIFY SUBPOENA**

Defendant Satyam Computer Services, Ltd. ("Satyam"), together with Plaintiff Upaid Systems, Ltd. ("Upaid") and third-party Staas and Halsey ("Staas and Halsey") hereby stipulate to an extension of time until July 9, 2008 for Satyam to file its opposition to Upaid Systems, Ltd.'s and Staas and Halsey LLP's Motion to Quash, or in the Alternative, Modify Subpoena (the "Motion") dated June 19, 2008.

The initial date for service of Satyam's opposition to the Motion was July 3, 2008. Due to personal and professional commitments of its counsel, Satyam has requested an extension of time until July 9, 2008. Plaintiff Upaid and third-party Staas and Halsey have consented to such an extension.

WHEREFORE, the parties and Staas and Halsey jointly request that the Court grant an extension of time until July 9, 2008 for Satyam to file its opposition to the Motion. The parties and Staas and Halsey also jointly request that this Court extend Upaid and Staas and Halsey's time in which to file a response, if any, to Satyam's opposition until July 14, 2008. A proposed Consent Order is attached.

Seen and agreed:

_____
Tobias E. Zimmerman (D.C. Bar No. 475202)
tzimmerman@akingump.com
Michael O'Shea (D.C. Bar No. 459830)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)

ATTORNEYS FOR DEFENDANT
SATYAM COMPUTER SERVICES, LTD.


PATTON BOGGS LLP


 /s/  Jennifer L. Keefe
D. Patrick Long
State Bar No. 12155500
dlong@pattonboggs.com
Jennifer L. Keefe
State Bar No. 90001247
jkeefe@pattonboggs.com
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
(214) 758-1500 (telephone)
(214) 758-1550 (facsimile)

Guy N. Harrison
State Bar No. 00000077
217 N. Center Street
Longview, Texas 75601
(903) 758-7361 (telephone)
(903) 753-9557 (facsimile)

ATTORNEYS FOR PLAINTIFF
UPAID SYSTEMS, LTD. AND
THIRD PARTY STAAS & HALSEY, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UPAID SYSTEMS, LTD., <br> a British Virgin Islands corporation <br><br> Plaintiff, <br> v. <br><br> SATYAM COMPUTER SERVICES, LTD., <br> an Indian corporation, and <br> RAGHURAM GOVINDACHARYULA, <br><br> Defendants. | § § § § § § § § § § § § | Case No. 2-07CV-114-CE <br><br><br><br><br> JURY TRIAL DEMANDED |

## CONSENT ORDER

WHEREAS, the parties and third-party Staas and Halsey have stipulated that Defendant Satyam Computer Services, Ltd. ("Satyam") will file its opposition to Plaintiff Upaid Systems, Ltd.'s ("Upaid") and Staas and Halsey's ("Staas and Halsey") Motion to Quash, or in the Alternative, Modify Subpoena (the "Motion") and it appearing that such an extension is in the interest of justice,

NOW THEREFORE, the Court hereby ORDERS that Satyam's time to serve any opposition to the Motion is extended until July 9, 2008. The Court further ORDERS that Upaid's and Staas and Halsey's time in which to serve any response to the opposition is extended until July 9, 2008.

Dated: July __, 2008

_____
Hon. Ellen Segal Huvelle
United States **District Judge**

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the Joint Stipulation for Extension of Time in Which to File Any Opposition to Plaintiff Upaid's and Third-Party Staas and Halsey's Motion to Quash or Modify Subpoena was filed on July 2, 2008 via the Court's Electronic Case File (ECF) system, and was therefore served on all parties appearing on the Notice of Electronic Filing (NEF). Copies have been served via first-class mail on any party not listed as receiving electronic service through ECF.

                                                          Tobias E. Zimmerman