REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: | Motion to Quash Subpoenas | | | |
|---|---|---|---|---|
| CASE NO:<br>Misc. 08-392 | DATE REFERRED:<br>7/01/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Motion to Quash, or in the Alternatively, Modity Subpoena and Request for Protective Order | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>Deborah A. Robinson |
| PLAINTIFF(S):<br>UPAID SYSTEMS, LTD., et al | | | DEFENDANT(S):<br>SATYAM COMPUTER SERVICES, LTD, et al | |
| ENTRIES: | | | | |